# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

————————————————

REGINALD WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1687

————————————————

October 10, 2025

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Reginald White, pro se.

PER CURIAM.

Affirmed.

LaROSE, KHOUZAM, and LABRIT, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.